742

FRANCIS, DAY & HUNTER, LTD.,
Plaintiff-Appellant,

v.

BROADWAY MUSIC CORPORATION,
Defendant-Appellee.

No. 226, Docket 27816.

United States Court of Appeals
Second Circuit.

Argued Jan. 24, 1963.

Decided Feb. 1, 1963.

Julian T. Abeles, New York City, for plaintiff-appellant.

George Garfunkel, New York City, for defendant-appellee.

Before FRIENDLY, KAUFMAN and MARSHALL, Circuit Judges.

PER CURIAM.

This action for money had and received was brought in the District Court for the Southern District of New York by plaintiff, a British corporation, against defendant, a New York corporation. The parties are music publishers; under arrangements dating back to 1907 defendant and its predecessor granted plaintiff rights for various foreign countries with respect to musical compositions for which defendant and its predecessor held the American copyright, in consideration of royalties, generally speaking 50% of the amounts received by plaintiff. Many years later the talking motion picture was developed, and defendant granted licenses for "synchronization" of the copyrighted compositions as to various foreign countries. Defendant acknowledges its liability for 50% of the royalties received from such licenses for the countries concerned, but plaintiff claims that, in some instances, defendant had no right to grant any licenses and that plaintiff is thus entitled to more. For this and other reasons it brought this action to recover the balance alleged to be due. Judge Levet awarded it judgment in the net amount of $14,952.69, which plaintiff claims to be inadequate in four respects.

We have examined plaintiff's attacks and are not convinced that Judge Levet's result is in error. The arrangements between the parties are complicated and, as would be expected when agreements must be applied to a development not contemplated at the time many of them were made, not altogether clear. The practices followed by the parties over the years also give rise to some conflicting inferences. The judge's resolution of the various disputes appears to us to be reasonable; we would accomplish nothing useful by saying more.

Affirmed.

GENERAL ELECTRIC COMPANY and
Henry W. Sawyer, 3d, Petitioners

v.

Honorable William H. KIRKPATRICK, Senior Judge of the United States District Court for the Eastern District of Pennsylvania.

No. 14218.

United States Court of Appeals
Third Circuit.

Submitted Nov. 7, 1962.

Decided Dec. 31, 1962.

Rehearing Denied Jan. 16, 1963.

Certiorari Denied March 18, 1963.

See 83 S.Ct. 937.

Henry W. Sawyer, III, Philadelphia, Pa., for petitioners.

Harold E. Kohn, and Aaron M. Fine, Philadelphia, Pa., for respondents.

Before BIGGS, Chief Judge, and McLAUGHLIN and STALEY, Circuit Judges.

Upon consideration of the petition by General Electric Company and Henry W. Sawyer, III, Esquire, filed in this Court November 7, 1962.

It is Ordered that the prayer of the petition that writs of prohibition and mandamus be issued to the respondent, the Honorable William H. Kirkpatrick, with respect to his order of October 19, 1962 in District Court Civil Actions Nos. 29810, 29920, 29928, 29930, 29931, 29817, 29925, 29926, 29927, 29929, 30015, 30017, 30018, 30020, 30021 and 30023 be and it hereby is denied.

BIGGS, Chief Judge, notes his dissent from the order, insofar as it denies a rule to show cause why the writs of prohibition and mandamus should not issue.

**Richard C. EHRHORN, Appellant**

v.

**Marilyn A. BRITTEN, etc.**

**No. 17173.**

United States Court of Appeals
Eighth Circuit.

Dec. 20, 1962.

Charles E. Kirchner, Omaha, Neb., for appellant.

Joseph P. Inserra, Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant.

**Richard C. EHRHORN, Appellant**

v.

**Jeanette L. BRITTEN, etc.**

**No. 17174.**

United States Court of Appeals
Eighth Circuit.

Dec. 20, 1962.

Charles E. Kirchner, Omaha, Neb., for appellant.

Joseph P. Inserra, Omaha, Neb., for appellee.

PER CURIAM.

Appeal dismissed at cost of appellant.

**McDONNELL AIRCRAFT CORP.,**
**Appellant**

v.

**Alice Neumann STOY.**

**No. 17197.**

United States Court of Appeals
Eighth Circuit.

Jan. 29, 1963.

Wilder Lucas, St. Louis, Mo., for appellant.

Adolph K. Schwartz, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant on stipulation of parties.

**NATIONAL LABOR RELATIONS**
**BOARD, Petitioner**

v.

**Henry CRENSHAW d/b/a etc.**

**No. 17207.**

United States Court of Appeals
Eighth Circuit.

Dec. 3, 1962.

Dominick L. Manoli, Assoc. Gen. Counsel, National Labor Relations Board and Marcel Mallet-Prevost, Asst. Gen. Counsel, National Labor Relations Board, for petitioner.

No counsel for respondent.